IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NIKKO ALLEN JENKINS, and JOHNETTA TELIA GREEN, power of Attorney Representation In pursuant to (NE) Statue 30-4035, | ) ) ) ) ) | 8:14CV52 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| ROBERT P. HOUSTON, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on several Motions for Discovery filed by Plaintff Nikko Allen Jenkins ("Jenkins"). (Filing Nos. 4, 5, 6, 7, 8, 9, 10, and 11.)  Shortly after Jenkins filed this action, the clerk's office delivered to him a copy of the court's General Order Number 2007-12, which states that "[n]o discovery in pro se civil cases assigned to a district judge shall take place until . . . a progression order is entered unless permitted by the court." (Filing No. 3 at CM/ECF p. 1.)  The court has not entered a progression order in this matter, and the court will not enter one unless it determines that, based on its initial review of the case, the case may proceed to service of process.  Jenkins has provided no reason why early discovery should be allowed in this case.  Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff's Motions for Discovery (filing nos. 4, 5, 6, 7, 8, 9, 10, and 11.) are denied.

DATED this 11th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.